```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Annunziata
        Plaintiff,  :

    - against -           :

City of New York
Det. Henn   Defendant(s).  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SCHEDULING ORDER

06 Civ. 7637 (SAS)

Conference Date:

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on _____ (the "Order); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties;

November 13, 2006

(2)    a concise statement of the issues as they then appear;

False Arrest, malicious prosecution, Negligent hiring

(3)    a schedule including:

    (a) the names of persons to be deposed and a schedule of planned depositions;

Plaintiff, Named Defendants, Others to be Determined   Jan-Mar

    (b) a schedule for the production of documents;

Prior to close of Discovery  |  Rule 26(a) + requests 12/13
Responses 1/12/07

    (c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;

    (d) time when discovery is to be completed;

~~June~~ 15, 2007
May

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

~~July 200~~ ~~June 29, 2007~~ June 1

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

~~July 29, 2007~~ June 15

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

May 7 at 4:30 _____ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

[mark]

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

Whether to place a protective order to make the addresses and other personal information of the complainant and testifying witnesses at the criminal trial "attorney eyes only".

(6) anticipated fields of expert testimony, if any;

None

(7) anticipated length of trial and whether to court or jury;

2 weeks

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

Yes.

(9) names, addresses, phone numbers and signatures of counsel;

Afsaan Saleem, 100 Church Street, New York, NY 10007
(212) 788-9580     [signature] for City of New York

SO ORDERED:

[signature]
SHIRA A. SCHEINDLIN
U.S.D.J.

11/13/06